UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED K. MANSARAY,

                  Plaintiff,

         v.

KROUS SECURITY SERVICE AND
ROBINSON, *Security Director*,

                  Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 4-29-20

20-CV-1415 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

    Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this action on February 18, 2020. On February 21, 2020, the Court issued an Order of Service, directing the Clerk of Court to send Plaintiff a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant, and ordering Plaintiff to complete and return those forms to the Court within 30 days. *See* Dkt. 5. The relevant documents were mailed to Plaintiff at his address, as listed on the docket, on February 24, 2020. *See* Dkt. 6. Although Plaintiff filed a "Notice of Motion" on March 2, 2020, Dkt. 8, which the Court construes as a supplement to his complaint, there is no indication that Plaintiff completed or returned the USM-285 forms to the Court or otherwise effected service on Defendants.

    In light of Plaintiff's *pro se* status, the Court will extend the time by which he must serve Defendants. To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a USM-285 form for each Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these Defendants.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if Plaintiff fails to do so.

Accordingly, the Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with another information package. The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for Defendants Krous Security Services and Director Robinson and deliver to the U.S. Marshals Service all documents necessary to effect service.

SO ORDERED.

Dated:   April 29, 2020
         New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge