| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-12-20 |

MOHAMED K. MANSARAY,

                Plaintiff,

v.

KROUS SECURITY SERVICE AND ROBINSON, *Security Director*,

                Defendants.

20-CV-1415 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this action on February 18, 2020. On July 2, 2020, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 12. On August 3, 2020, the Court ordered Defendants to file proof of service on the docket, indicating that they served their motion on Plaintiff, no later than August 7, 2020. Dkt. 13. To date, however, Defendants have not done so. No later than August 17, 2020, Defendants shall file such proof of service on the docket. Defendants shall also provide a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    August 12, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge