| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:  9-3-20 |

MOHAMED K. MANSARAY,

                Plaintiff,

      v.

KROUS SECURITY SERVICE AND
ROBINSON, *Security Director*,

                Defendants.

20-CV-1415 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this action on February 18, 2020. On July 2, 2020, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Dkt. 12. On August 3, 2020, having not received any response from Plaintiff, the Court ordered Defendants to file proof of service on the docket, indicating that they served their motion on him. *See* Dkt. 13. Defendants filed the relevant affidavits of service on August 14, 2020. *See* Dkts. 15-17. In its August 3rd Order, the Court also ordered Plaintiff to file "either a response to Defendants' motion or a letter indicating that he does not intend to file a response" no later than August 24, 2020, and informed Plaintiff that if he did not respond to its August 3rd Order, either by responding to the motion to dismiss or by submitting a letter indicating that he does not intend to do so, the Court may dismiss the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See id.* To date, however, Plaintiff has not submitted anything in response to Defendants' motion to dismiss or the Court's August 3rd Order. No later than September 24, 2020, Plaintiff shall file either a response to Defendants' motion or a letter indicating that he does not intend to file a response. **If Plaintiff does not file a response**

**indicating his intent to pursue this action by September 24, 2020, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

      Defendants shall provide a copy of this Order to Plaintiff and file proof of service on the docket.

SO ORDERED.

Dated:   September 3, 2020
           New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge