USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED K. MANSARAY,

                    Plaintiff,

          v.

KRAUS SECURITY SYSTEMS AND ALFRED ROBINSON, SECURITY DIRECTOR,

                    Defendants.

No. 20-CV-1415 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 19, 2021, the Court granted Defendants' motion to dismiss Plaintiffs' complaint. *See* Dkt. 22; *Mansaray v. Kraus Sec. Sys.*, 2021 WL 183275 (S.D.N.Y. Jan. 19, 2021). The Court granted Plaintiff leave to file an amended complaint to cure the deficiencies identified in the opinion and order. Any amended complaint was to be filed no later than February 19, 2021, and the Court stated that "[i]f Plaintiff fails to file an amended complaint by that date, this case will be dismissed with prejudice."

That date having passed without the filing of an amended complaint, this action is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to enter judgment for Defendants and to close this case.

SO ORDERED.

Dated:    March 1, 2021
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge