**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MOHAMED K. MANSARAY,

                Plaintiff,

     -against-                       20 **CIVIL** 1415 (RA)

                                          **JUDGMENT**

KRAUS SECURITY SYSTEMS AND
ALFRED ROBINSON, SECURITY
DIRECTOR,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2021, the Court granted Defendants' motion to dismiss Plaintiffs' complaint and January 19, 2021. The Court granted Plaintiff leave to file an amended complaint to cure the deficiencies identified in the opinion and order. Any amended complaint was to be filed no later than February 19, 2021, and the Court stated that "[i]f Plaintiff fails to file an amended complaint by that date, this case will be dismissed with prejudice." That date having passed without the filing of an amended complaint, this action is hereby dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       March 1, 2021

                                                     **RUBY J. KRAJICK**
                                                      Clerk of Court
                               **BY:**    *K. Mango*
                                                       **Deputy Clerk**